**Exhibit A**

| Doe # | Host IP Address | Hit Date (UTC) | Hit Time (UTC) | Movie | ISP |
|---|---|---|---|---|---|
| 1 | 71.205.155.211 | 9/7/2012 | 1:53:37 PM | Cream In My Teen 2 | Comcast Cable |
| 2 | 71.205.159.129 | 9/7/2012 | 2:11:19 PM | Cream In My Teen 2 | Comcast Cable |
| 3 | 69.181.18.91 | 9/7/2012 | 2:11:56 PM | Cream In My Teen 2 | Comcast Cable |
| 4 | 76.127.148.235 | 9/7/2012 | 2:28:10 PM | Cream In My Teen 2 | Comcast Cable |
| 5 | 71.198.149.33 | 9/7/2012 | 2:33:45 PM | Cream In My Teen 2 | Comcast Cable |
| 6 | 76.123.116.207 | 9/7/2012 | 3:01:52 PM | Cream In My Teen 2 | Comcast Cable |
| 7 | 68.52.136.126 | 9/7/2012 | 3:06:08 PM | Cream In My Teen 2 | Comcast Cable |
| 8 | 24.15.4.239 | 9/7/2012 | 3:40:44 PM | Cream In My Teen 2 | Comcast Cable |
| 9 | 75.74.112.24 | 9/7/2012 | 4:08:23 PM | Cream In My Teen 2 | Comcast Cable |
| 10 | 67.190.42.214 | 9/7/2012 | 4:23:48 PM | Cream In My Teen 2 | Comcast Cable |
| 11 | 67.160.109.27 | 9/7/2012 | 4:34:58 PM | Cream In My Teen 2 | Comcast Cable |
| 12 | 76.29.137.240 | 9/7/2012 | 4:46:08 PM | Cream In My Teen 2 | Comcast Cable |
| 13 | 68.80.27.71 | 9/7/2012 | 4:52:14 PM | Cream In My Teen 2 | Comcast Cable |
| 14 | 98.192.201.113 | 9/7/2012 | 5:14:47 PM | Cream In My Teen 2 | Comcast Cable |
| 15 | 50.128.170.23 | 9/7/2012 | 5:15:46 PM | Cream In My Teen 2 | Comcast Cable |
| 16 | 24.11.131.242 | 9/7/2012 | 5:18:13 PM | Cream In My Teen 2 | Comcast Cable |
| 17 | 68.46.67.253 | 9/7/2012 | 5:44:08 PM | Cream In My Teen 2 | Comcast Cable |
| 18 | 68.53.147.212 | 9/7/2012 | 5:52:30 PM | Cream In My Teen 2 | Comcast Cable |
| 19 | 107.3.155.243 | 9/7/2012 | 5:54:31 PM | Cream In My Teen 2 | Comcast Cable |
| 20 | 174.55.187.154 | 9/7/2012 | 6:08:23 PM | Cream In My Teen 2 | Comcast Cable |
| 21 | 68.35.234.162 | 9/7/2012 | 6:11:44 PM | Cream In My Teen 2 | Comcast Cable |
| 22 | 71.231.243.254 | 9/7/2012 | 6:59:47 PM | Cream In My Teen 2 | Comcast Cable |
| 23 | 24.13.137.179 | 9/7/2012 | 7:26:55 PM | Cream In My Teen 2 | Comcast Cable |
| 24 | 76.127.148.182 | 9/7/2012 | 7:38:43 PM | Cream In My Teen 2 | Comcast Cable |
| 25 | 98.208.35.74 | 9/7/2012 | 7:50:42 PM | Cream In My Teen 2 | Comcast Cable |
| 26 | 50.138.43.100 | 9/7/2012 | 7:54:52 PM | Cream In My Teen 2 | Comcast Cable |
| 27 | 75.146.26.171 | 9/7/2012 | 8:03:13 PM | Cream In My Teen 2 | Comcast Business Communications |
| 28 | 68.32.230.8 | 9/7/2012 | 8:35:03 PM | Cream In My Teen 2 | Comcast Cable |
| 29 | 173.14.95.158 | 9/7/2012 | 8:56:30 PM | Cream In My Teen 2 | Comcast Business Communications |
| 30 | 69.181.198.16 | 9/7/2012 | 8:59:22 PM | Cream In My Teen 2 | Comcast Cable |
| 31 | 71.196.109.108 | 9/7/2012 | 9:00:51 PM | Cream In My Teen 2 | Comcast Cable |
| 32 | 67.169.212.181 | 9/7/2012 | 9:01:12 PM | Cream In My Teen 2 | Comcast Cable |
| 33 | 68.83.92.167 | 9/7/2012 | 9:07:00 PM | Cream In My Teen 2 | Comcast Cable |
| 34 | 98.211.38.191 | 9/7/2012 | 9:17:19 PM | Cream In My Teen 2 | Comcast Cable |
| 35 | 71.197.133.220 | 9/7/2012 | 9:29:13 PM | Cream In My Teen 2 | Comcast Cable |
| 36 | 76.117.66.236 | 9/7/2012 | 9:38:49 PM | Cream In My Teen 2 | Comcast Cable |
| 37 | 71.199.110.55 | 9/7/2012 | 10:13:18 PM | Cream In My Teen 2 | Comcast Cable |
| 38 | 67.168.188.188 | 9/7/2012 | 10:13:43 PM | Cream In My Teen 2 | Comcast Cable |
| 39 | 98.193.113.99 | 9/7/2012 | 10:22:08 PM | Cream In My Teen 2 | Comcast Cable |
| 40 | 68.83.125.1 | 9/7/2012 | 10:39:36 PM | Cream In My Teen 2 | Comcast Cable |
| 41 | 98.218.19.93 | 9/7/2012 | 10:46:54 PM | Cream In My Teen 2 | Comcast Cable |
| 42 | 69.141.199.241 | 9/7/2012 | 10:59:06 PM | Cream In My Teen 2 | Comcast Cable |
| 43 | 174.60.94.126 | 9/7/2012 | 11:02:04 PM | Cream In My Teen 2 | Comcast Cable |
| 44 | 71.207.58.0 | 9/7/2012 | 11:04:28 PM | Cream In My Teen 2 | Comcast Cable |

| Doe # | Host IP Address | Hit Date (UTC) | Hit Time (UTC) | Movie | ISP |
|---|---|---|---|---|---|
| 45 | 98.222.241.242 | 9/7/2012 | 11:06:53 PM | Cream In My Teen 2 | Comcast Cable |
| 46 | 76.103.246.218 | 9/7/2012 | 11:11:32 PM | Cream In My Teen 2 | Comcast Cable |
| 47 | 98.209.242.45 | 9/7/2012 | 11:27:37 PM | Cream In My Teen 2 | Comcast Cable |
| 48 | 71.63.58.90 | 9/7/2012 | 11:50:50 PM | Cream In My Teen 2 | Comcast Cable |
| 49 | 75.72.27.78 | 9/7/2012 | 11:54:13 PM | Cream In My Teen 2 | Comcast Cable |
| 50 | 71.196.128.175 | 9/7/2012 | 11:56:19 PM | Cream In My Teen 2 | Comcast Cable |
| 51 | 67.191.100.251 | 9/8/2012 | 12:05:40 AM | Cream In My Teen 2 | Comcast Cable |
| 52 | 98.220.153.74 | 9/8/2012 | 12:10:30 AM | Cream In My Teen 2 | Comcast Cable |
| 53 | 69.250.176.143 | 9/8/2012 | 12:11:15 AM | Cream In My Teen 2 | Comcast Cable |
| 54 | 50.135.25.243 | 9/8/2012 | 12:14:34 AM | Cream In My Teen 2 | Comcast Cable |
| 55 | 76.111.101.199 | 9/8/2012 | 12:15:11 AM | Cream In My Teen 2 | Comcast Cable |
| 56 | 173.166.224.201 | 9/8/2012 | 12:17:33 AM | Cream In My Teen 2 | Comcast Business Communications |
| 57 | 67.170.179.239 | 9/8/2012 | 12:20:32 AM | Cream In My Teen 2 | Comcast Cable |
| 58 | 76.102.90.123 | 9/8/2012 | 12:21:42 AM | Cream In My Teen 2 | Comcast Cable |
| 59 | 66.177.179.212 | 9/8/2012 | 12:22:29 AM | Cream In My Teen 2 | Comcast Cable |
| 60 | 98.208.60.244 | 9/8/2012 | 12:22:31 AM | Cream In My Teen 2 | Comcast Cable |
| 61 | 98.254.241.98 | 9/8/2012 | 12:28:58 AM | Cream In My Teen 2 | Comcast Cable |
| 62 | 98.192.214.75 | 9/8/2012 | 12:58:29 AM | Cream In My Teen 2 | Comcast Cable |
| 63 | 67.177.113.170 | 9/8/2012 | 12:59:06 AM | Cream In My Teen 2 | Comcast Cable |
| 64 | 98.248.127.9 | 9/8/2012 | 1:12:43 AM | Cream In My Teen 2 | Comcast Cable |
| 65 | 76.122.170.212 | 9/8/2012 | 1:14:21 AM | Cream In My Teen 2 | Comcast Cable |
| 66 | 174.58.97.248 | 9/8/2012 | 1:19:33 AM | Cream In My Teen 2 | Comcast Cable |
| 67 | 68.44.93.194 | 9/8/2012 | 1:21:07 AM | Cream In My Teen 2 | Comcast Cable |
| 68 | 98.227.236.137 | 9/8/2012 | 1:23:50 AM | Cream In My Teen 2 | Comcast Cable |
| 69 | 98.246.9.165 | 9/8/2012 | 1:42:38 AM | Cream In My Teen 2 | Comcast Cable |
| 70 | 67.184.150.139 | 9/8/2012 | 1:43:30 AM | Cream In My Teen 2 | Comcast Cable |
| 71 | 24.10.118.23 | 9/8/2012 | 1:47:53 AM | Cream In My Teen 2 | Comcast Cable |
| 72 | 98.245.156.204 | 9/8/2012 | 1:48:11 AM | Cream In My Teen 2 | Comcast Cable |
| 73 | 24.15.95.190 | 9/8/2012 | 1:56:33 AM | Cream In My Teen 2 | Comcast Cable |
| 74 | 24.14.57.231 | 9/8/2012 | 2:06:29 AM | Cream In My Teen 2 | Comcast Cable |
| 75 | 76.99.208.126 | 9/8/2012 | 2:22:34 AM | Cream In My Teen 2 | Comcast Cable |
| 76 | 70.90.134.238 | 9/8/2012 | 2:24:52 AM | Cream In My Teen 2 | Comcast Business Communications |
| 77 | 50.137.70.163 | 9/8/2012 | 2:28:48 AM | Cream In My Teen 2 | Comcast Cable |
| 78 | 24.6.42.43 | 9/8/2012 | 2:31:18 AM | Cream In My Teen 2 | Comcast Cable |
| 79 | 98.204.109.215 | 9/8/2012 | 2:33:21 AM | Cream In My Teen 2 | Comcast Cable |
| 80 | 24.130.78.121 | 9/8/2012 | 2:39:20 AM | Cream In My Teen 2 | Comcast Cable |
| 81 | 75.145.58.214 | 9/8/2012 | 2:56:01 AM | Cream In My Teen 2 | Comcast Business Communications |
| 82 | 174.50.161.0 | 9/8/2012 | 3:13:51 AM | Cream In My Teen 2 | Comcast Cable |
| 83 | 69.181.170.142 | 9/8/2012 | 3:15:09 AM | Cream In My Teen 2 | Comcast Cable |
| 84 | 24.1.211.72 | 9/8/2012 | 3:20:32 AM | Cream In My Teen 2 | Comcast Cable |
| 85 | 76.101.145.112 | 9/8/2012 | 3:23:13 AM | Cream In My Teen 2 | Comcast Cable |
| 86 | 76.102.79.116 | 9/8/2012 | 3:43:17 AM | Cream In My Teen 2 | Comcast Cable |
| 87 | 75.73.230.194 | 9/8/2012 | 3:43:20 AM | Cream In My Teen 2 | Comcast Cable |

| Doe # | Host IP Address | Hit Date (UTC) | Hit Time (UTC) | Movie | ISP |
|---|---|---|---|---|---|
| 88 | 71.238.254.172 | 9/8/2012 | 3:50:44 AM | Cream In My Teen 2 | Comcast Cable |
| 89 | 68.45.30.80 | 9/8/2012 | 4:02:16 AM | Cream In My Teen 2 | Comcast Cable |
| 90 | 24.6.178.36 | 9/8/2012 | 4:24:34 AM | Cream In My Teen 2 | Comcast Cable |
| 91 | 107.2.110.142 | 9/8/2012 | 4:53:53 AM | Cream In My Teen 2 | Comcast Cable |
| 92 | 24.8.105.146 | 9/8/2012 | 4:54:39 AM | Cream In My Teen 2 | Comcast Cable |
| 93 | 50.140.81.220 | 9/8/2012 | 4:55:10 AM | Cream In My Teen 2 | Comcast Cable |
| 94 | 67.166.52.212 | 9/8/2012 | 4:55:53 AM | Cream In My Teen 2 | Comcast Cable |
| 95 | 98.252.39.133 | 9/8/2012 | 4:57:47 AM | Cream In My Teen 2 | Comcast Cable |
| 96 | 71.63.158.236 | 9/8/2012 | 5:02:24 AM | Cream In My Teen 2 | Comcast Cable |
| 97 | 174.61.233.165 | 9/8/2012 | 5:15:50 AM | Cream In My Teen 2 | Comcast Cable |
| 98 | 98.224.77.30 | 9/8/2012 | 5:17:21 AM | Cream In My Teen 2 | Comcast Cable |
| 99 | 68.82.152.37 | 9/8/2012 | 5:34:07 AM | Cream In My Teen 2 | Comcast Cable |
| 100 | 98.234.209.206 | 9/8/2012 | 6:13:55 AM | Cream In My Teen 2 | Comcast Cable |
| 101 | 98.245.107.196 | 9/8/2012 | 6:14:13 AM | Cream In My Teen 2 | Comcast Cable |
| 102 | 174.51.18.132 | 9/8/2012 | 6:17:37 AM | Cream In My Teen 2 | Comcast Cable |
| 103 | 50.147.56.230 | 9/8/2012 | 6:24:03 AM | Cream In My Teen 2 | Comcast Cable |
| 104 | 24.13.209.187 | 9/8/2012 | 6:24:58 AM | Cream In My Teen 2 | Comcast Cable |
| 105 | 67.160.191.23 | 9/8/2012 | 6:26:02 AM | Cream In My Teen 2 | Comcast Cable |
| 106 | 24.7.90.149 | 9/8/2012 | 6:36:35 AM | Cream In My Teen 2 | Comcast Cable |
| 107 | 98.206.217.253 | 9/8/2012 | 6:58:42 AM | Cream In My Teen 2 | Comcast Cable |
| 108 | 68.44.147.199 | 9/8/2012 | 7:27:56 AM | Cream In My Teen 2 | Comcast Cable |
| 109 | 24.2.69.46 | 9/8/2012 | 7:34:54 AM | Cream In My Teen 2 | Comcast Cable |
| 110 | 24.4.59.158 | 9/8/2012 | 7:56:08 AM | Cream In My Teen 2 | Comcast Cable |
| 111 | 98.247.222.237 | 9/8/2012 | 8:06:57 AM | Cream In My Teen 2 | Comcast Cable |
| 112 | 75.71.161.245 | 9/8/2012 | 8:11:12 AM | Cream In My Teen 2 | Comcast Cable |
| 113 | 98.224.4.43 | 9/8/2012 | 8:21:07 AM | Cream In My Teen 2 | Comcast Cable |
| 114 | 24.17.238.197 | 9/8/2012 | 8:50:27 AM | Cream In My Teen 2 | Comcast Cable |
| 115 | 98.203.180.79 | 9/8/2012 | 9:12:45 AM | Cream In My Teen 2 | Comcast Cable |
| 116 | 67.189.6.194 | 9/8/2012 | 9:20:07 AM | Cream In My Teen 2 | Comcast Cable |
| 117 | 24.17.25.79 | 9/8/2012 | 9:28:20 AM | Cream In My Teen 2 | Comcast Cable |
| 118 | 71.62.15.212 | 9/8/2012 | 9:39:10 AM | Cream In My Teen 2 | Comcast Cable |
| 119 | 98.223.3.225 | 9/8/2012 | 11:40:39 AM | Cream In My Teen 2 | Comcast Cable |
| 120 | 174.49.193.168 | 9/8/2012 | 1:26:21 PM | Cream In My Teen 2 | Comcast Cable |
| 121 | 71.56.169.46 | 9/8/2012 | 2:58:55 PM | Cream In My Teen 2 | Comcast Cable |
| 122 | 76.110.17.212 | 9/8/2012 | 5:45:07 PM | Cream In My Teen 2 | Comcast Cable |
| 123 | 75.74.164.154 | 9/8/2012 | 7:29:29 PM | Cream In My Teen 2 | Comcast Cable |
| 124 | 50.141.252.199 | 9/8/2012 | 11:43:28 PM | Cream In My Teen 2 | Comcast Cable |
| 125 | 66.229.153.74 | 9/9/2012 | 12:02:46 AM | Cream In My Teen 2 | Comcast Cable |
| 126 | 69.255.138.77 | 9/9/2012 | 1:25:57 AM | Cream In My Teen 2 | Comcast Cable |
| 127 | 174.52.106.13 | 9/9/2012 | 1:57:37 AM | Cream In My Teen 2 | Comcast Cable |
| 128 | 24.6.151.107 | 9/9/2012 | 3:52:07 AM | Cream In My Teen 2 | Comcast Cable |
| 129 | 76.104.32.227 | 9/9/2012 | 3:18:42 PM | Cream In My Teen 2 | Comcast Cable |
| 130 | 76.20.142.118 | 9/9/2012 | 8:46:44 PM | Cream In My Teen 2 | Comcast Cable |
| 131 | 98.233.147.135 | 9/9/2012 | 9:06:12 PM | Cream In My Teen 2 | Comcast Cable |
| 132 | 98.224.108.193 | 9/9/2012 | 10:55:54 PM | Cream In My Teen 2 | Comcast Cable |
| 133 | 68.80.5.162 | 9/9/2012 | 11:57:09 PM | Cream In My Teen 2 | Comcast Cable |

| Doe # | Host IP Address | Hit Date (UTC) | Hit Time (UTC) | Movie | ISP |
|---|---|---|---|---|---|
| 134 | 68.43.145.208 | 9/10/2012 | 12:56:15 AM | Cream In My Teen 2 | Comcast Cable |
| 135 | 67.163.193.105 | 9/10/2012 | 2:35:26 AM | Cream In My Teen 2 | Comcast Cable |
| 136 | 67.188.134.182 | 9/10/2012 | 7:29:20 AM | Cream In My Teen 2 | Comcast Cable |
| 137 | 98.220.225.0 | 9/10/2012 | 2:36:59 PM | Cream In My Teen 2 | Comcast Cable |
| 138 | 69.244.169.226 | 9/10/2012 | 5:15:36 PM | Cream In My Teen 2 | Comcast Cable |
| 139 | 174.49.239.202 | 9/10/2012 | 5:34:26 PM | Cream In My Teen 2 | Comcast Cable |
| 140 | 68.45.215.52 | 9/10/2012 | 7:57:34 PM | Cream In My Teen 2 | Comcast Cable |
| 141 | 24.131.243.29 | 9/10/2012 | 9:10:41 PM | Cream In My Teen 2 | Comcast Cable |
| 142 | 71.236.220.120 | 9/11/2012 | 9:56:09 AM | Cream In My Teen 2 | Comcast Cable |
| 143 | 24.1.138.52 | 9/11/2012 | 6:49:51 PM | Cream In My Teen 2 | Comcast Cable |
| 144 | 67.175.83.11 | 9/11/2012 | 6:53:26 PM | Cream In My Teen 2 | Comcast Cable |
| 145 | 67.182.61.156 | 9/11/2012 | 8:33:20 PM | Cream In My Teen 2 | Comcast Cable |
| 146 | 24.23.75.192 | 9/11/2012 | 10:27:09 PM | Cream In My Teen 2 | Comcast Cable |
| 147 | 98.220.110.2 | 9/12/2012 | 12:32:27 AM | Cream In My Teen 2 | Comcast Cable |
| 148 | 67.167.95.237 | 9/12/2012 | 12:36:30 AM | Cream In My Teen 2 | Comcast Cable |
| 149 | 76.26.32.80 | 9/12/2012 | 1:18:25 AM | Cream In My Teen 2 | Comcast Cable |
| 150 | 71.204.254.54 | 9/12/2012 | 1:52:20 AM | Cream In My Teen 2 | Comcast Cable |
| 151 | 174.58.50.236 | 9/12/2012 | 1:57:59 AM | Cream In My Teen 2 | Comcast Cable |
| 152 | 67.174.94.100 | 9/12/2012 | 4:55:56 AM | Cream In My Teen 2 | Comcast Cable |
| 153 | 71.202.173.247 | 9/12/2012 | 5:37:29 AM | Cream In My Teen 2 | Comcast Cable |
| 154 | 76.121.236.175 | 9/12/2012 | 7:44:02 AM | Cream In My Teen 2 | Comcast Cable |
| 155 | 67.188.71.191 | 9/12/2012 | 7:52:05 AM | Cream In My Teen 2 | Comcast Cable |
| 156 | 76.28.137.171 | 9/12/2012 | 8:25:13 AM | Cream In My Teen 2 | Comcast Cable |
| 157 | 71.231.60.50 | 9/12/2012 | 6:36:34 PM | Cream In My Teen 2 | Comcast Cable |
| 158 | 66.229.66.67 | 9/13/2012 | 1:54:03 AM | Cream In My Teen 2 | Comcast Cable |
| 159 | 98.246.243.17 | 9/13/2012 | 3:51:48 AM | Cream In My Teen 2 | Comcast Cable |
| 160 | 24.6.209.142 | 9/13/2012 | 9:03:38 AM | Cream In My Teen 2 | Comcast Cable |
| 161 | 67.186.48.105 | 9/13/2012 | 11:28:23 AM | Cream In My Teen 2 | Comcast Cable |
| 162 | 71.233.254.12 | 9/13/2012 | 2:29:41 PM | Cream In My Teen 2 | Comcast Cable |
| 163 | 98.212.128.152 | 9/13/2012 | 2:52:28 PM | Cream In My Teen 2 | Comcast Cable |
| 164 | 67.184.216.146 | 9/13/2012 | 8:02:24 PM | Cream In My Teen 2 | Comcast Cable |
| 165 | 76.114.250.196 | 9/14/2012 | 2:23:20 AM | Cream In My Teen 2 | Comcast Cable |
| 166 | 67.173.40.209 | 9/14/2012 | 4:27:44 AM | Cream In My Teen 2 | Comcast Cable |
| 167 | 24.12.47.100 | 9/14/2012 | 5:43:03 AM | Cream In My Teen 2 | Comcast Cable |
| 168 | 174.54.114.218 | 9/14/2012 | 5:48:21 AM | Cream In My Teen 2 | Comcast Cable |
| 169 | 98.224.92.85 | 9/14/2012 | 6:40:46 AM | Cream In My Teen 2 | Comcast Cable |
| 170 | 67.181.100.169 | 9/14/2012 | 4:05:08 PM | Cream In My Teen 2 | Comcast Cable |
| 171 | 67.186.14.85 | 9/14/2012 | 7:29:18 PM | Cream In My Teen 2 | Comcast Cable |
| 172 | 98.204.132.173 | 9/14/2012 | 8:56:44 PM | Cream In My Teen 2 | Comcast Cable |
| 173 | 174.49.230.94 | 9/15/2012 | 2:05:45 AM | Cream In My Teen 2 | Comcast Cable |
| 174 | 68.80.205.24 | 9/15/2012 | 2:15:20 AM | Cream In My Teen 2 | Comcast Cable |
| 175 | 67.183.154.87 | 9/15/2012 | 3:19:28 AM | Cream In My Teen 2 | Comcast Cable |
| 176 | 69.143.115.20 | 9/15/2012 | 6:06:35 AM | Cream In My Teen 2 | Comcast Cable |
| 177 | 98.250.189.79 | 9/15/2012 | 12:11:50 PM | Cream In My Teen 2 | Comcast Cable |
| 178 | 107.3.210.26 | 9/15/2012 | 3:26:43 PM | Cream In My Teen 2 | Comcast Cable |
| 179 | 76.102.78.189 | 9/15/2012 | 10:35:43 PM | Cream In My Teen 2 | Comcast Cable |

| Doe # | Host IP Address | Hit Date (UTC) | Hit Time (UTC) | Movie | ISP |
|---|---|---|---|---|---|
| 180 | 68.43.207.50 | 9/16/2012 | 3:44:12 AM | Cream In My Teen 2 | Comcast Cable |
| 181 | 98.221.10.56 | 9/16/2012 | 5:46:01 AM | Cream In My Teen 2 | Comcast Cable |
| 182 | 76.27.104.222 | 9/16/2012 | 6:38:52 AM | Cream In My Teen 2 | Comcast Cable |
| 183 | 174.50.130.205 | 9/16/2012 | 10:49:54 AM | Cream In My Teen 2 | Comcast Cable |
| 184 | 71.202.164.255 | 9/16/2012 | 2:21:05 PM | Cream In My Teen 2 | Comcast Cable |
| 185 | 71.206.183.80 | 9/16/2012 | 5:03:02 PM | Cream In My Teen 2 | Comcast Cable |
| 186 | 24.12.182.115 | 9/16/2012 | 9:49:14 PM | Cream In My Teen 2 | Comcast Cable |
| 187 | 71.205.47.61 | 9/17/2012 | 1:05:54 AM | Cream In My Teen 2 | Comcast Cable |
| 188 | 71.226.55.106 | 9/17/2012 | 4:57:17 AM | Cream In My Teen 2 | Comcast Cable |
| 189 | 24.17.247.224 | 9/17/2012 | 5:25:40 AM | Cream In My Teen 2 | Comcast Cable |
| 190 | 71.197.82.184 | 9/17/2012 | 10:12:29 AM | Cream In My Teen 2 | Comcast Cable |
| 191 | 68.49.54.94 | 9/17/2012 | 11:05:06 AM | Cream In My Teen 2 | Comcast Cable |
| 192 | 174.52.56.200 | 9/17/2012 | 3:18:25 PM | Cream In My Teen 2 | Comcast Cable |
| 193 | 76.124.233.184 | 9/17/2012 | 6:30:53 PM | Cream In My Teen 2 | Comcast Cable |
| 194 | 76.18.42.136 | 9/17/2012 | 7:29:39 PM | Cream In My Teen 2 | Comcast Cable |
| 195 | 71.198.31.16 | 9/17/2012 | 9:19:02 PM | Cream In My Teen 2 | Comcast Cable |
| 196 | 76.23.183.83 | 9/17/2012 | 10:01:29 PM | Cream In My Teen 2 | Comcast Cable |
| 197 | 67.169.176.142 | 9/17/2012 | 11:16:13 PM | Cream In My Teen 2 | Comcast Cable |
| 198 | 76.100.14.150 | 9/18/2012 | 12:18:30 AM | Cream In My Teen 2 | Comcast Cable |
| 199 | 67.175.164.162 | 9/19/2012 | 3:52:03 AM | Cream In My Teen 2 | Comcast Cable |
| 200 | 174.55.43.202 | 9/19/2012 | 5:40:50 AM | Cream In My Teen 2 | Comcast Cable |
| 201 | 24.11.19.245 | 9/19/2012 | 9:26:41 PM | Cream In My Teen 2 | Comcast Cable |
| 202 | 24.19.245.59 | 9/19/2012 | 9:36:16 PM | Cream In My Teen 2 | Comcast Cable |
| 203 | 71.199.116.85 | 9/20/2012 | 2:30:04 AM | Cream In My Teen 2 | Comcast Cable |
| 204 | 71.63.14.204 | 9/20/2012 | 7:16:14 PM | Cream In My Teen 2 | Comcast Cable |
| 205 | 98.227.47.137 | 9/20/2012 | 9:12:40 PM | Cream In My Teen 2 | Comcast Cable |
| 206 | 98.244.58.70 | 9/20/2012 | 9:12:46 PM | Cream In My Teen 2 | Comcast Cable |
| 207 | 69.248.104.170 | 9/20/2012 | 10:05:41 PM | Cream In My Teen 2 | Comcast Cable |
| 208 | 173.167.76.165 | 9/20/2012 | 10:08:03 PM | Cream In My Teen 2 | Comcast Business Communications |
| 209 | 24.18.81.233 | 9/20/2012 | 10:35:10 PM | Cream In My Teen 2 | Comcast Cable |
| 210 | 68.54.22.110 | 9/21/2012 | 3:51:55 AM | Cream In My Teen 2 | Comcast Cable |
| 211 | 68.33.150.189 | 9/21/2012 | 6:46:33 AM | Cream In My Teen 2 | Comcast Cable |
| 212 | 98.215.135.204 | 9/21/2012 | 6:13:57 PM | Cream In My Teen 2 | Comcast Cable |
| 213 | 98.193.28.63 | 9/21/2012 | 7:39:49 PM | Cream In My Teen 2 | Comcast Cable |
| 214 | 173.162.92.218 | 9/21/2012 | 8:13:42 PM | Cream In My Teen 2 | Comcast Business Communications |
| 215 | 71.224.122.233 | 9/21/2012 | 10:34:28 PM | Cream In My Teen 2 | Comcast Cable |
| 216 | 98.213.177.2 | 9/22/2012 | 1:42:33 AM | Cream In My Teen 2 | Comcast Cable |
| 217 | 68.44.16.190 | 9/22/2012 | 5:09:20 AM | Cream In My Teen 2 | Comcast Cable |
| 218 | 75.74.137.168 | 9/22/2012 | 10:52:50 AM | Cream In My Teen 2 | Comcast Cable |
| 219 | 67.181.131.88 | 9/22/2012 | 6:47:49 PM | Cream In My Teen 2 | Comcast Cable |
| 220 | 98.250.76.114 | 9/23/2012 | 1:19:29 AM | Cream In My Teen 2 | Comcast Cable |
| 221 | 98.202.69.51 | 9/23/2012 | 1:52:07 AM | Cream In My Teen 2 | Comcast Cable |
| 222 | 67.171.184.149 | 9/23/2012 | 7:12:59 AM | Cream In My Teen 2 | Comcast Cable |
| 223 | 68.60.48.46 | 9/24/2012 | 4:51:33 AM | Cream In My Teen 2 | Comcast Cable |

| Doe # | Host IP Address | Hit Date (UTC) | Hit Time (UTC) | Movie | ISP |
|---|---|---|---|---|---|
| 224 | 75.71.194.60 | 9/24/2012 | 2:44:43 PM | Cream In My Teen 2 | Comcast Cable |
| 225 | 24.10.241.254 | 9/24/2012 | 9:01:31 PM | Cream In My Teen 2 | Comcast Cable |
| 226 | 67.174.130.220 | 9/24/2012 | 10:36:09 PM | Cream In My Teen 2 | Comcast Cable |
| 227 | 76.115.48.2 | 9/24/2012 | 11:47:15 PM | Cream In My Teen 2 | Comcast Cable |
| 228 | 71.63.49.237 | 9/25/2012 | 12:37:44 AM | Cream In My Teen 2 | Comcast Cable |
| 229 | 71.238.212.103 | 9/25/2012 | 2:43:32 AM | Cream In My Teen 2 | Comcast Cable |
| 230 | 98.253.56.229 | 9/25/2012 | 4:01:46 AM | Cream In My Teen 2 | Comcast Cable |
| 231 | 98.213.151.3 | 9/25/2012 | 6:22:14 AM | Cream In My Teen 2 | Comcast Cable |
| 232 | 24.125.184.139 | 9/25/2012 | 11:38:16 AM | Cream In My Teen 2 | Comcast Cable |
| 233 | 24.17.148.31 | 9/25/2012 | 1:31:38 PM | Cream In My Teen 2 | Comcast Cable |
| 234 | 98.214.193.106 | 9/25/2012 | 2:29:44 PM | Cream In My Teen 2 | Comcast Cable |
| 235 | 50.77.47.113 | 9/25/2012 | 3:42:45 PM | Cream In My Teen 2 | Comcast Business Communications |
| 236 | 50.73.116.177 | 9/25/2012 | 7:41:11 PM | Cream In My Teen 2 | Comcast Business Communications |
| 237 | 24.21.161.4 | 9/25/2012 | 10:54:03 PM | Cream In My Teen 2 | Comcast Cable |
| 238 | 68.44.225.173 | 9/26/2012 | 3:26:36 AM | Cream In My Teen 2 | Comcast Cable |
| 239 | 71.197.168.75 | 9/26/2012 | 4:16:21 AM | Cream In My Teen 2 | Comcast Cable |
| 240 | 98.248.12.188 | 9/26/2012 | 4:33:26 AM | Cream In My Teen 2 | Comcast Cable |
| 241 | 98.254.112.92 | 9/26/2012 | 5:24:13 AM | Cream In My Teen 2 | Comcast Cable |
| 242 | 24.118.14.219 | 9/26/2012 | 7:07:38 AM | Cream In My Teen 2 | Comcast Cable |
| 243 | 98.246.202.149 | 9/26/2012 | 2:29:52 PM | Cream In My Teen 2 | Comcast Cable |
| 244 | 107.2.106.130 | 9/26/2012 | 2:42:58 PM | Cream In My Teen 2 | Comcast Cable |
| 245 | 71.57.98.192 | 9/26/2012 | 11:59:07 PM | Cream In My Teen 2 | Comcast Cable |
| 246 | 50.135.77.40 | 9/27/2012 | 7:55:22 AM | Cream In My Teen 2 | Comcast Cable |
| 247 | 24.21.6.182 | 9/28/2012 | 12:42:46 AM | Cream In My Teen 2 | Comcast Cable |
| 248 | 71.63.128.60 | 9/28/2012 | 2:02:04 AM | Cream In My Teen 2 | Comcast Cable |
| 249 | 69.143.92.87 | 9/28/2012 | 3:42:04 AM | Cream In My Teen 2 | Comcast Cable |
| 250 | 71.202.15.69 | 9/29/2012 | 8:24:09 AM | Cream In My Teen 2 | Comcast Cable |
| 251 | 71.197.46.42 | 9/29/2012 | 5:57:47 PM | Cream In My Teen 2 | Comcast Cable |
| 252 | 68.46.43.123 | 9/30/2012 | 7:37:26 AM | Cream In My Teen 2 | Comcast Cable |
| 253 | 98.222.34.18 | 9/30/2012 | 10:08:22 AM | Cream In My Teen 2 | Comcast Cable |
| 254 | 24.14.90.198 | 9/30/2012 | 5:01:24 PM | Cream In My Teen 2 | Comcast Cable |
| 255 | 50.131.83.38 | 9/30/2012 | 9:21:24 PM | Cream In My Teen 2 | Comcast Cable |
| 256 | 71.193.62.222 | 9/30/2012 | 9:48:10 PM | Cream In My Teen 2 | Comcast Cable |
| 257 | 216.45.228.35 | 10/1/2012 | 10:05:48 PM | Cream In My Teen 2 | Comcast Telecommunications |
| 258 | 67.188.115.102 | 10/2/2012 | 7:05:53 AM | Cream In My Teen 2 | Comcast Cable |
| 259 | 98.207.215.248 | 10/2/2012 | 7:14:05 AM | Cream In My Teen 2 | Comcast Cable |
| 260 | 98.224.85.59 | 10/2/2012 | 12:30:40 PM | Cream In My Teen 2 | Comcast Cable |
| 261 | 174.54.201.233 | 10/2/2012 | 2:51:32 PM | Cream In My Teen 2 | Comcast Cable |
| 262 | 50.131.23.20 | 10/3/2012 | 6:33:58 AM | Cream In My Teen 2 | Comcast Cable |
| 263 | 107.3.224.164 | 10/3/2012 | 5:02:27 PM | Cream In My Teen 2 | Comcast Cable |
| 264 | 98.202.66.200 | 10/4/2012 | 9:17:26 AM | Cream In My Teen 2 | Comcast Cable |
| 265 | 69.140.229.52 | 10/4/2012 | 1:25:34 PM | Cream In My Teen 2 | Comcast Cable |
| 266 | 68.54.123.114 | 10/6/2012 | 3:00:13 AM | Cream In My Teen 2 | Comcast Cable |

| Doe # | Host IP Address | Hit Date (UTC) | Hit Time (UTC) | Movie | ISP |
|---|---|---|---|---|---|
| 267 | 98.204.39.140 | 10/6/2012 | 10:20:02 PM | Cream In My Teen 2 | Comcast Cable |
| 268 | 24.19.0.52 | 10/6/2012 | 11:12:48 PM | Cream In My Teen 2 | Comcast Cable |
| 269 | 67.180.109.185 | 10/7/2012 | 4:07:32 AM | Cream In My Teen 2 | Comcast Cable |
| 270 | 174.62.110.182 | 10/7/2012 | 5:44:12 AM | Cream In My Teen 2 | Comcast Cable |
| 271 | 24.22.19.240 | 10/8/2012 | 4:57:37 AM | Cream In My Teen 2 | Comcast Cable |
| 272 | 69.143.193.89 | 10/8/2012 | 10:35:06 PM | Cream In My Teen 2 | Comcast Cable |
| 273 | 71.198.46.46 | 10/9/2012 | 4:12:01 PM | Cream In My Teen 2 | Comcast Cable |
| 274 | 69.243.49.206 | 10/9/2012 | 5:46:39 PM | Cream In My Teen 2 | Comcast Cable |
| 275 | 67.180.184.61 | 10/10/2012 | 12:18:21 AM | Cream In My Teen 2 | Comcast Cable |
| 276 | 76.120.158.3 | 10/10/2012 | 3:55:40 AM | Cream In My Teen 2 | Comcast Cable |
| 277 | 24.23.208.225 | 10/10/2012 | 6:22:21 AM | Cream In My Teen 2 | Comcast Cable |
| 278 | 69.143.56.127 | 10/10/2012 | 3:18:35 PM | Cream In My Teen 2 | Comcast Cable |
| 279 | 68.56.249.206 | 10/11/2012 | 4:52:21 PM | Cream In My Teen 2 | Comcast Cable |
| 280 | 98.209.45.206 | 10/11/2012 | 10:20:50 PM | Cream In My Teen 2 | Comcast Cable |
| 281 | 75.72.63.78 | 10/12/2012 | 6:14:43 AM | Cream In My Teen 2 | Comcast Cable |
| 282 | 67.160.169.197 | 10/12/2012 | 11:13:22 AM | Cream In My Teen 2 | Comcast Cable |
| 283 | 98.224.202.156 | 10/12/2012 | 11:28:05 AM | Cream In My Teen 2 | Comcast Cable |
| 284 | 24.8.161.234 | 10/12/2012 | 12:02:53 PM | Cream In My Teen 2 | Comcast Cable |
| 285 | 98.234.214.142 | 10/12/2012 | 3:14:55 PM | Cream In My Teen 2 | Comcast Cable |
| 286 | 24.15.110.246 | 10/13/2012 | 1:40:46 AM | Cream In My Teen 2 | Comcast Cable |
| 287 | 174.52.76.173 | 10/13/2012 | 4:22:51 AM | Cream In My Teen 2 | Comcast Cable |
| 288 | 76.109.130.249 | 10/13/2012 | 6:44:52 AM | Cream In My Teen 2 | Comcast Cable |
| 289 | 24.118.216.9 | 10/13/2012 | 7:22:51 PM | Cream In My Teen 2 | Comcast Cable |
| 290 | 174.58.225.79 | 10/14/2012 | 3:51:27 AM | Cream In My Teen 2 | Comcast Cable |
| 291 | 98.227.140.78 | 10/14/2012 | 10:32:42 PM | Cream In My Teen 2 | Comcast Cable |
| 292 | 174.50.130.175 | 10/14/2012 | 10:41:02 PM | Cream In My Teen 2 | Comcast Cable |
| 293 | 50.131.167.31 | 10/15/2012 | 1:36:51 AM | Cream In My Teen 2 | Comcast Cable |
| 294 | 67.165.210.65 | 10/15/2012 | 4:27:19 AM | Cream In My Teen 2 | Comcast Cable |
| 295 | 24.126.118.80 | 10/15/2012 | 12:52:13 PM | Cream In My Teen 2 | Comcast Cable |
| 296 | 67.160.201.3 | 10/15/2012 | 7:13:59 PM | Cream In My Teen 2 | Comcast Cable |
| 297 | 174.61.6.216 | 10/16/2012 | 5:44:33 PM | Cream In My Teen 2 | Comcast Cable |
| 298 | 24.23.185.131 | 10/17/2012 | 1:39:16 AM | Cream In My Teen 2 | Comcast Cable |
| 299 | 24.14.227.68 | 10/17/2012 | 4:22:27 AM | Cream In My Teen 2 | Comcast Cable |
| 300 | 76.20.62.232 | 10/17/2012 | 6:25:23 AM | Cream In My Teen 2 | Comcast Cable |
| 301 | 24.11.70.204 | 10/17/2012 | 7:02:22 AM | Cream In My Teen 2 | Comcast Cable |
| 302 | 24.1.199.30 | 10/17/2012 | 3:47:20 PM | Cream In My Teen 2 | Comcast Cable |
| 303 | 71.229.15.146 | 10/17/2012 | 8:11:13 PM | Cream In My Teen 2 | Comcast Cable |
| 304 | 67.169.184.18 | 10/17/2012 | 10:03:42 PM | Cream In My Teen 2 | Comcast Cable |
| 305 | 98.235.34.137 | 10/17/2012 | 10:44:32 PM | Cream In My Teen 2 | Comcast Cable |
| 306 | 68.80.13.126 | 10/18/2012 | 12:24:27 PM | Cream In My Teen 2 | Comcast Cable |
| 307 | 67.181.76.152 | 10/18/2012 | 4:36:22 PM | Cream In My Teen 2 | Comcast Cable |
| 308 | 71.62.159.76 | 10/18/2012 | 7:36:12 PM | Cream In My Teen 2 | Comcast Cable |
| 309 | 76.28.62.149 | 10/19/2012 | 3:36:05 AM | Cream In My Teen 2 | Comcast Cable |
| 310 | 68.58.209.190 | 10/19/2012 | 10:10:04 AM | Cream In My Teen 2 | Comcast Cable |
| 311 | 68.63.79.119 | 10/19/2012 | 1:55:47 PM | Cream In My Teen 2 | Comcast Cable |
| 312 | 71.231.12.136 | 10/20/2012 | 5:22:27 AM | Cream In My Teen 2 | Comcast Cable |

| Doe # | Host IP Address | Hit Date (UTC) | Hit Time (UTC) | Movie | ISP |
|---|---|---|---|---|---|
| 313 | 67.181.131.209 | 10/20/2012 | 7:04:17 AM | Cream In My Teen 2 | Comcast Cable |
| 314 | 67.174.129.152 | 10/20/2012 | 10:17:11 PM | Cream In My Teen 2 | Comcast Cable |
| 315 | 24.3.195.64 | 10/21/2012 | 1:17:54 AM | Cream In My Teen 2 | Comcast Cable |
| 316 | 67.171.150.199 | 10/21/2012 | 2:08:22 PM | Cream In My Teen 2 | Comcast Cable |
| 317 | 75.74.116.51 | 10/22/2012 | 2:22:04 AM | Cream In My Teen 2 | Comcast Cable |
| 318 | 71.60.4.197 | 10/22/2012 | 3:12:28 AM | Cream In My Teen 2 | Comcast Cable |
| 319 | 50.131.195.208 | 10/22/2012 | 3:29:33 PM | Cream In My Teen 2 | Comcast Cable |
| 320 | 98.221.124.34 | 10/22/2012 | 5:00:37 PM | Cream In My Teen 2 | Comcast Cable |
| 321 | 67.187.199.9 | 10/22/2012 | 10:29:40 PM | Cream In My Teen 2 | Comcast Cable |
| 322 | 24.14.165.117 | 10/23/2012 | 4:30:42 AM | Cream In My Teen 2 | Comcast Cable |
| 323 | 76.21.48.67 | 10/23/2012 | 4:17:18 PM | Cream In My Teen 2 | Comcast Cable |
| 324 | 98.220.220.3 | 10/23/2012 | 8:04:31 PM | Cream In My Teen 2 | Comcast Cable |
| 325 | 76.126.153.255 | 10/24/2012 | 5:18:01 AM | Cream In My Teen 2 | Comcast Cable |
| 326 | 71.227.43.6 | 10/24/2012 | 12:57:34 PM | Cream In My Teen 2 | Comcast Cable |
| 327 | 67.188.193.69 | 10/24/2012 | 11:56:46 PM | Cream In My Teen 2 | Comcast Cable |
| 328 | 71.224.192.58 | 10/27/2012 | 12:07:15 AM | Cream In My Teen 2 | Comcast Cable |
| 329 | 24.15.67.191 | 10/27/2012 | 7:10:39 AM | Cream In My Teen 2 | Comcast Cable |
| 330 | 69.143.250.21 | 10/27/2012 | 5:43:09 PM | Cream In My Teen 2 | Comcast Cable |
| 331 | 24.22.154.193 | 10/27/2012 | 10:21:07 PM | Cream In My Teen 2 | Comcast Cable |
| 332 | 76.16.208.128 | 10/28/2012 | 1:54:58 AM | Cream In My Teen 2 | Comcast Cable |
| 333 | 98.235.3.140 | 10/28/2012 | 8:07:26 AM | Cream In My Teen 2 | Comcast Cable |
| 334 | 174.61.174.255 | 10/28/2012 | 9:05:00 AM | Cream In My Teen 2 | Comcast Cable |
| 335 | 67.187.27.153 | 10/29/2012 | 4:24:01 AM | Cream In My Teen 2 | Comcast Cable |
| 336 | 68.33.225.39 | 10/29/2012 | 4:58:25 AM | Cream In My Teen 2 | Comcast Cable |
| 337 | 76.16.226.213 | 10/30/2012 | 6:50:24 AM | Cream In My Teen 2 | Comcast Cable |
| 338 | 75.146.105.73 | 10/30/2012 | 8:43:50 AM | Cream In My Teen 2 | Comcast Business Communications |
| 339 | 50.143.144.231 | 10/31/2012 | 1:22:12 AM | Cream In My Teen 2 | Comcast Cable |
| 340 | 98.203.180.116 | 10/31/2012 | 8:53:48 AM | Cream In My Teen 2 | Comcast Cable |
| 341 | 98.247.64.255 | 10/31/2012 | 7:37:23 PM | Cream In My Teen 2 | Comcast Cable |
| 342 | 24.0.225.210 | 11/1/2012 | 2:43:18 AM | Cream In My Teen 2 | Comcast Cable |
| 343 | 68.80.247.40 | 11/1/2012 | 6:17:31 AM | Cream In My Teen 2 | Comcast Cable |
| 344 | 75.75.4.22 | 11/1/2012 | 12:14:01 PM | Cream In My Teen 2 | Comcast Cable |
| 345 | 24.0.110.93 | 11/1/2012 | 1:04:22 PM | Cream In My Teen 2 | Comcast Cable |
| 346 | 98.254.229.47 | 11/1/2012 | 5:09:35 PM | Cream In My Teen 2 | Comcast Cable |
| 347 | 75.72.196.116 | 11/1/2012 | 6:30:38 PM | Cream In My Teen 2 | Comcast Cable |
| 348 | 67.191.34.189 | 11/2/2012 | 6:02:46 AM | Cream In My Teen 2 | Comcast Cable |
| 349 | 71.237.169.4 | 11/2/2012 | 7:35:24 AM | Cream In My Teen 2 | Comcast Cable |
| 350 | 76.25.42.76 | 11/2/2012 | 4:18:15 PM | Cream In My Teen 2 | Comcast Cable |
| 351 | 67.170.223.44 | 11/4/2012 | 12:20:13 AM | Cream In My Teen 2 | Comcast Cable |
| 352 | 98.222.251.1 | 11/4/2012 | 1:22:54 AM | Cream In My Teen 2 | Comcast Cable |
| 353 | 76.22.128.36 | 11/4/2012 | 3:00:46 AM | Cream In My Teen 2 | Comcast Cable |
| 354 | 68.50.238.2 | 11/6/2012 | 3:50:45 AM | Cream In My Teen 2 | Comcast Cable |
| 355 | 98.228.145.120 | 11/6/2012 | 4:39:09 AM | Cream In My Teen 2 | Comcast Cable |
| 356 | 98.228.169.111 | 11/6/2012 | 6:46:03 AM | Cream In My Teen 2 | Comcast Cable |
| 357 | 67.169.130.22 | 11/7/2012 | 11:05:54 AM | Cream In My Teen 2 | Comcast Cable |

| Doe # | Host IP Address | Hit Date (UTC) | Hit Time (UTC) | Movie | ISP |
|---|---|---|---|---|---|
| 358 | 24.9.90.132 | 11/7/2012 | 1:33:39 PM | Cream In My Teen 2 | Comcast Cable |
| 359 | 71.200.217.213 | 11/8/2012 | 4:23:19 PM | Cream In My Teen 2 | Comcast Cable |
| 360 | 174.57.91.200 | 11/8/2012 | 5:06:25 PM | Cream In My Teen 2 | Comcast Cable |
| 361 | 98.227.222.137 | 11/9/2012 | 4:02:50 PM | Cream In My Teen 2 | Comcast Cable |
| 362 | 69.137.242.213 | 11/10/2012 | 5:01:36 AM | Cream In My Teen 2 | Comcast Cable |
| 363 | 67.172.114.132 | 11/10/2012 | 6:54:52 AM | Cream In My Teen 2 | Comcast Cable |
| 364 | 71.234.90.55 | 11/10/2012 | 6:10:21 PM | Cream In My Teen 2 | Comcast Cable |
| 365 | 98.222.16.107 | 11/11/2012 | 2:01:57 AM | Cream In My Teen 2 | Comcast Cable |
| 366 | 76.122.7.246 | 11/11/2012 | 4:12:44 AM | Cream In My Teen 2 | Comcast Cable |
| 367 | 67.164.174.125 | 11/11/2012 | 9:52:07 PM | Cream In My Teen 2 | Comcast Cable |
| 368 | 76.103.144.30 | 11/12/2012 | 8:30:57 AM | Cream In My Teen 2 | Comcast Cable |
| 369 | 71.206.12.25 | 11/12/2012 | 4:49:54 PM | Cream In My Teen 2 | Comcast Cable |
| 370 | 71.236.194.107 | 11/12/2012 | 8:48:22 PM | Cream In My Teen 2 | Comcast Cable |
| 371 | 174.54.169.250 | 11/13/2012 | 4:16:33 PM | Cream In My Teen 2 | Comcast Cable |
| 372 | 71.206.221.14 | 11/13/2012 | 8:38:43 PM | Cream In My Teen 2 | Comcast Cable |
| 373 | 24.11.7.148 | 11/13/2012 | 10:54:29 PM | Cream In My Teen 2 | Comcast Cable |
| 374 | 98.225.41.44 | 11/14/2012 | 12:39:43 AM | Cream In My Teen 2 | Comcast Cable |
| 375 | 174.54.104.136 | 11/14/2012 | 3:56:38 AM | Cream In My Teen 2 | Comcast Cable |
| 376 | 69.251.32.199 | 11/14/2012 | 4:34:17 AM | Cream In My Teen 2 | Comcast Cable |
| 377 | 76.21.104.57 | 11/14/2012 | 6:19:57 AM | Cream In My Teen 2 | Comcast Cable |