UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
Panama City Division

| | |
|---|---|
| CELESTIAL, INC. | ) |
| Plaintiff, | ) |
| v. | ) Case No. 5:12cv375-RS-CJK |
| DOES 1 – 377 | ) |
| Defendants. | ) |

### FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for CELESTIAL, INC. in the above captioned action, states that there is nothing to report under Rule 7.1 in that there are no parents, subsidiaries, and/or affiliate entities (corporate or otherwise) of Plaintiff that have issued stock or debt securities to the public and no publicly held entity (corporate or otherwise) owns 10% or more of Plaintiff's stock.

Respectfully submitted,
CELESTIAL, INC.

DATED: November 16, 2012

By: _____
Douglas Blecki
Florida Bar No. 95525
DUNLAPWEAVER, PLLC
780 5th Avenue South, Ste 200
Naples, FL 34102
Telephone: 239-349-2566
Facsimile: 703-777-3656
subpoena@dgwlegal.com
*Counsel for the Plaintiff*

1

Filed 1120*12 UsDcFln 5PM 0145