UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Panama City Division

| | |
|---|---|
| **CELESTIAL, INC.** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 5:12-cv-00375-RS-CJK |
| ) | |
| **DOES 1 – 377** ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF VOLUNTARY DISMISSAL OF DOES 1 – 172 WITHOUT PREJUDICE

Plaintiff hereby gives notice that it voluntarily dismisses, without prejudice, this case against Does 1 – 172, *only*, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  The case remains pending against Does 173 – 377.  No answer or motion for summary judgment has been filed in this case.

DATED:  March 17, 2013

Respectfully submitted,
CELESTIAL, INC.


By:       /s/ Jeffrey W. Weaver
Jeffrey W. Weaver
Florida Bar No. 178780
DUNLAPWEAVER, PLLC
780 5th Avenue South, Ste 200
Naples, FL 34102
Telephone: 239-349-2566
Facsimile: 703-777-3656
jweaver@dunlapweaver.com
*Counsel for the Plaintiff*

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this 17th day of March, 2013, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF and on all of those parities receiving electronic notification via the Court's CM/ECF electronic filing.

By: /s/ Jeffrey W. Weaver<br>
Jeffrey W. Weaver