UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
Panama City Division

| | |
|---|---|
| CELESTIAL, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No:  5:12-cv-375-RS-CJK |
| ) | |
| DOES 1 – 377 ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR LEAVE TO TAKE DISCOVERY
PRIOR TO RULE 26(f) CONFERENCE**

Plaintiff, by counsel, pursuant to the Federal Rules of Civil Procedure, respectfully moves this Court for leave to take discovery prior to the Rule 26(f) conference for the reasons stated in its accompanying Memorandum of Points & Authorities filed contemporaneously herewith.  Plaintiff requests a hearing on this matter, if necessary, on an expedited basis.

**DATED**:  March 17, 2013

By:   /s/ Jeffrey W. Weaver
Jeffrey W. Weaver
Florida Bar No. 178780
DUNLAPWEAVER, PLLC
780 5th Avenue South, Ste 200
Naples, FL 34102
Telephone: 239-349-2566
Facsimile: 703-777-3656
jweaver@dunlapweaver.com
*Counsel for the Plaintiff*

1

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 17th day of March, 2013, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF and on all of those parities receiving electronic notification via the Court's CM/ECF electronic filing.

                                               By: /s/ Jeffrey W. Weaver
                                                    Jeffrey W. Weaver