IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CELESTIAL, INC.,

    Plaintiff,

v.   CASE NO. 5:12-cv-375-RS-CJK

DOES 1-377,

    Defendants.
_____/

## ORDER

Before me is Plaintiff's Notice of Voluntary Dismissal without Prejudice (Doc. 6).

All claims against Defendant Does 1-172 are **DISMISSED without prejudice**.

**ORDERED** on March 18, 2013.

    /S/ Richard Smoak
    **RICHARD SMOAK**
    **UNITED STATES DISTRICT JUDGE**