## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

CELESTIAL, INC.,

     **Plaintiff,**

v.                                                    **CASE NO. 5:12-cv-375-RS-CJK**

DOES 173-377,

     **Defendant.**
_____/

### ORDER

The relief requested in Plaintiff's Motion for Extension of Time to Name and Serve Defendants (Doc. 9) is **GRANTED**.  Because Plaintiff must first identify the defendants, good cause exists to extend time for service. Plaintiff shall serve Defendants not later than September 23, 2013.

**ORDERED** on March 18, 2013.

                      /S/ Richard Smoak
                      **RICHARD SMOAK**
                      **UNITED STATES DISTRICT JUDGE**