UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | |
|---|---|
| CELESTIAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| v. ) | 5:12-cv-00375-RS-CJK |
| ) | |
| DOES 1-377, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**NOTICE OF SPECIAL, LIMITED APPEARANCE ON BEHALF OF DOE 235**

COMES NOW Defendant "DOE 235," identified in Plaintiff's complaint only by IP address No. 50.77.47.113, and, in a very limited and special appearance by and through the undersigned attorney, and hereby notifies all parties that he, she, it, or they and the undersigned attorney, CYNTHIA CONLIN, are entering a special, limited appearance in this case for the limited purpose of objecting to the subpoena seeking Doe 235's personally identifying information.

This special, limited appearance shall not be construed as a general appearance under Rule 11.1 of the Local Rules of this court. Neither Doe 235 nor the undersigned attorney has been subject to service of process in this action. This special, limited appearance does not constitute a waiver or of an intention to waive service of process. This notice is being

filed only so that the undersigned attorney may receive ECF notifications in the instant case.

### ATTORNEY'S CERTIFICATE OF SERVICE

I the undersigned attorney hereby certify that on **April 24, 2013,** I filed electronically the foregoing with the Clerk of the Court via CM/ECF system which will notify electronically all parties who have made appearances in this case.

*Attorney for Doe 235:*

**Cynthia Conlin, P.A.**
1643 Hillcrest Street
Orlando, Florida 32803-4809
Tel 407-965-5519
Fax 407-545-4397
www.cynthiaconlin.com

/s/ Cynthia Conlin, Esq.
CYNTHIA CONLIN, ESQ.
Florida Bar No. 47012
Email 1: Cynthia@cynthiaconlin.com
Email 2: Jeff@cynthiaconlin.com