UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CELESTIAL, INC.,

    Plaintiff,

Case No.: 5:12-cv-375-RS-CJK

DOES 173-377,

    Defendants.
_____/

**NOTICE OF APPEARANCE OF COUNSEL FOR DOE #369**

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE THAT Maxwell L. Minch of Maxwell L. Minch Esq. P.A., 8764 NW 22nd Ave, Gainesville, FL 32606 hereby enters appearance in the above-captioned matter as counsel on behalf of Doe #369.

    **DATED** this 29th day of April, 2013.

    By: /s/Maxwell L. Minch
    Maxwell L. Minch
    Florida Bar No. 0076999
    8764 NW 22nd Avenue
    Gainesville, FL  32606
    Telephone: (352) 514-8667
    Facsimile: (386)518-6775
    Email: maxwell.minch@gmail.com

    Attorney for Doe #369

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on April 29, 2013, I electronically filed the foregoing by using the CM/ECF system.  By filing the foregoing document(s) on the Court's Electronic Case Filing System, I am informed and believe that the documents will be electronically served on all individuals registered with such system which will send a notice of electronic filing to the following:

      Douglas Blecki
      DUNLAPWEAVER, PLLC
      780 5th Avenue South, Ste 200
      Naples, FL 34102

      I also certify that on this date a copy of the foregoing was served to the following via Facsimile and U.S. Mail:

      Comcast Legal Response Center
      NE&TO
      650 Centerton Road
      Moorestown, NJ 08057
      (866) 947-5587 (fax)

By: _/s/Maxwell L. Minch_____
     Maxwell L. Minch