UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CELESTIAL, INC.,   Case No.: 5:12-cv-375-RS-CJK

    Plaintiff,

v.

DOES 173-377,

    Defendants.

_____/

## NOTICE OF SPECIAL APPEARANCE OF COUNSEL AND REQUEST FOR SERVICE OF PAPERS

To:    The clerk of court and all parties of record

Please take notice that Stephanie J. Cunningham, Esquire, of William R. Wohlsifer, PA, hereby gives notice that I am admitted to practice in this Court, and I appear in this case as counsel for **Doe 230** (IP Address 98.253.56.229) and request that copies of all notices, pleadings, motions and all papers filed with regard to the above styled case and all related proceedings be served on counsel signing below.

The undersigned attorney notifies all parties of record of its special appearance on behalf of Doe 230 for the limited purpose of challenging the subpoena as it relates to Doe 230, and moving to dismiss or sever Doe 230 from this action. This is not to be construed as a general appearance by undersigned counsel or by Doe 230, who has not been served process in this action.

Respectfully submitted by:

**WILLIAM R. WOHLSIFER, PA**

By: /s/ Stephanie J. Cunningham
Stephanie J. Cunningham, Esquire
Fla. Bar No: 71389
1100 E Park Ave Ste B
Tallahassee, Florida 32301

Tel:  (850)219-8888
Fax: (866)829-8174
E-Mail:  sjcunningham@wohlsifer.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served on this 6th day of May 2013, via the Court's CM/ECF system to all registered users in this case.

Respectfully submitted by:

**WILLIAM R. WOHLSIFER, PA**

By: /s/ Stephanie J. Cunningham
Stephanie J. Cunningham, Esquire
Fla. Bar No:  71389