## DECLARATION OF NON-RESIDENCY OF DOE 230 IN SUPPORT OF DOE 230'S MOTIONS TO DISMISS/VACATE/SEVER

Movant Doe 230 (IP Address 98.253.56.229) hereby declares under penalty of perjury that:

1. I make this Declaration in support of my motions to dismiss/vacate/sever ("Motion") filed against Plaintiff's, Celestial, Inc. Complaint, *Celestial, Inc. v. Does 173-377*, Case No. 5:12-cv-00375-RS-CJK (N.D. Fla. Nov. 20, 2012).

2. I am older than eighteen (18) years of age and a citizen of the United States.

3. I make this Declaration as 1 of 377 defendants listed in Exhibit A, attached to Plaintiff's Complaint.

4. I am represented in the above-styled lawsuit by Stephanie J. Cunningham of William R. Wohlsifer, PA, as my attorney of record. I can be contacted through my attorney at (850)219-8888, through my attorney's mailing address, 1100 East Park Ave., Ste B, Tallahassee FL 32301 or through my attorney's email address, sjcunningham@wohlsifer.com.

5. I make this Declaration in support of the allegations in my Motion that at all times material to the above-styled lawsuit I did not reside within the jurisdiction of this Court's Division or District.

6. I was not in, near, or visiting the Northern District of Florida at any time material to the conduct complained of in Plaintiff's Complaint.

7. I do not operate, conduct, engage in or carry on any business or business venture in the Northern District of Florida, nor do I have an office or agency in the Northern District of Florida.

8. I do not contract to insure any person, property, or risk in the Northern District of Florida.

9. I have no interest in any real property located in the Northern District of Florida. I do not



own, use, possess or hold a mortgage or any other lien on any real property in the Northern District of Florida.

10. I have not committed a tortious act in the Northern District of Florida.

11. I have never caused an injury to persons or property within the Northern District of Florida.

12. I do not regularly do or solicit business in the Northern District of Florida.

13. I do not derive any income, much less substantial income from the Northern District of Florida.

14. I have never breached a contract in the Northern District of Florida.

15. I do not engage in other persistent course of conduct within the Northern District of Florida.

16. I have had no contact and done no business with the Plaintiff, and have not entered into any agreements with the Plaintiff that are the subject of this claim and relief sought.

17. I am not a resident of Florida and have never been a resident of Florida.

18. I have consistently resided in Illinois for the past 39 years.

19. I do not consent to personal jurisdiction in the Northern District of Florida.

20. I declare all of the aforementioned statements to be true under the penalty of perjury.

Executed on May __3__ 2013 by:

_Doe 230_
Doe 230 (IP Address 98.253.56.229)