UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
Panama City Division

| | |
|---|---|
| **CELESTIAL, INC.** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No:  Case No:  5:12-cv-375-RS-CJK |
| ) | |
| **DOES 173 – 377** ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DOES WITHOUT PREJUDICE**

Plaintiff hereby gives notice that it voluntarily dismisses the case, without prejudice, against the below identified Doe Defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  No answer or motion for summary judgment has been filed in this case.

| |
|---|
| Doe 173 |
| Doe 174 |
| Doe 175 |
| Doe 176 |
| Doe 177 |
| Doe 178 |
| Doe 179 |
| Doe 180 |
| Doe 181 |
| Doe 182 |

| |
|---|
| Doe 183 |
| Doe 184 |
| Doe 185 |
| Doe 187 |
| Doe 188 |
| Doe 189 |
| Doe 190 |
| Doe 191 |
| Doe 192 |
| Doe 193 |
| Doe 194 |
| Doe 195 |
| Doe 196 |
| Doe 197 |
| Doe 198 |
| Doe 199 |
| Doe 200 |
| Doe 201 |
| Doe 202 |
| Doe 203 |
| Doe 204 |
| Doe 205 |
| Doe 206 |
| Doe 207 |

| |
|---|
| Doe 208 |
| Doe 209 |
| Doe 210 |
| Doe 211 |
| Doe 212 |
| Doe 213 |
| Doe 214 |
| Doe 215 |
| Doe 216 |
| Doe 217 |
| Doe 218 |
| Doe 219 |
| Doe 220 |
| Doe 221 |
| Doe 222 |
| Doe 223 |
| Doe 224 |
| Doe 225 |
| Doe 226 |
| Doe 227 |
| Doe 228 |
| Doe 229 |
| Doe 230 |
| Doe 231 |

| |
|---|
| Doe 232 |
| Doe 233 |
| Doe 234 |
| Doe 236 |
| Doe 237 |
| Doe 238 |
| Doe 239 |
| Doe 240 |
| Doe 241 |
| Doe 242 |
| Doe 243 |
| Doe 244 |
| Doe 245 |
| Doe 248 |
| Doe 249 |
| Doe 250 |
| Doe 251 |
| Doe 252 |
| Doe 253 |
| Doe 254 |
| Doe 255 |
| Doe 256 |
| Doe 257 |
| Doe 258 |

| |
|---|
| Doe 259 |
| Doe 260 |
| Doe 261 |
| Doe 263 |
| Doe 264 |
| Doe 265 |
| Doe 266 |
| Doe 267 |
| Doe 268 |
| Doe 269 |
| Doe 270 |
| Doe 271 |
| Doe 272 |
| Doe 273 |
| Doe 274 |
| Doe 276 |
| Doe 278 |
| Doe 279 |
| Doe 280 |
| Doe 281 |
| Doe 282 |
| Doe 283 |
| Doe 285 |
| Doe 286 |

| |
|---|
| Doe 287 |
| Doe 288 |
| Doe 289 |
| Doe 292 |
| Doe 293 |
| Doe 294 |
| Doe 296 |
| Doe 297 |
| Doe 298 |
| Doe 299 |
| Doe 300 |
| Doe 301 |
| Doe 302 |
| Doe 303 |
| Doe 304 |
| Doe 305 |
| Doe 306 |
| Doe 307 |
| Doe 308 |
| Doe 309 |
| Doe 310 |
| Doe 311 |
| Doe 312 |
| Doe 313 |

| |
|---|
| Doe 314 |
| Doe 315 |
| Doe 316 |
| Doe 317 |
| Doe 318 |
| Doe 319 |
| Doe 320 |
| Doe 321 |
| Doe 322 |
| Doe 323 |
| Doe 324 |
| Doe 325 |
| Doe 326 |
| Doe 327 |
| Doe 328 |
| Doe 330 |
| Doe 331 |
| Doe 332 |
| Doe 333 |
| Doe 334 |
| Doe 335 |
| Doe 336 |
| Doe 337 |
| Doe 338 |

| |
|---|
| Doe 339 |
| Doe 340 |
| Doe 341 |
| Doe 342 |
| Doe 343 |
| Doe 344 |
| Doe 345 |
| Doe 346 |
| Doe 347 |
| Doe 348 |
| Doe 349 |
| Doe 350 |
| Doe 351 |
| Doe 352 |
| Doe 354 |
| Doe 355 |
| Doe 356 |
| Doe 357 |
| Doe 358 |
| Doe 360 |
| Doe 361 |
| Doe 362 |
| Doe 363 |
| Doe 364 |

| |
|---|
| Doe 365 |
| Doe 366 |
| Doe 367 |
| Doe 368 |
| Doe 369 |
| Doe 370 |
| Doe 372 |
| Doe 373 |
| Doe 374 |
| Doe 375 |
| Doe 376 |
| Doe 377 |

                                Respectfully submitted,
                                CELESTIAL, INC.

DATED:  May 22, 2013

                            By:      /s/ Jeffrey Weaver
                                  Jeffrey W. Weaver
                                  Florida Bar No. 178780
                                  DUNLAPWEAVER, PLLC
                                  780 5th Avenue South, Ste 200
                                  Naples, FL 34102
                                  Telephone: 239-349-2566
                                  Facsimile: 703-777-3656
                                  jweaver@dunlapweaver.com
                                  *Counsel for the Plaintiff*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 22nd day of May, 2013, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF and on all of those parities receiving electronic notification via the Court's CM/ECF electronic filing.

                                                    /s/ Jeffrey Weaver