UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
Panama City Division

| | |
|---|---|
| CELESTIAL, INC. | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No:  Case No:  5:12-cv-375-RS-CJK ) |
| DOES 173 – 377 | ) ) |
| Defendants. | ) ) |

**NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DOES WITHOUT PREJUDICE**

Plaintiff hereby gives notice that it voluntarily dismisses the case, without prejudice, against the below identified Doe Defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  No answer or motion for summary judgment has been filed in this case.

| Doe 235 |
|---|
| Doe 186 |
| Doe 246 |
| Doe 247 |
| Doe 262 |
| Doe 275 |
| Doe 284 |
| Doe 291 |
| Doe 295 |
| Doe 329 |

| |
|---|
| Doe 353 |
| Doe 290 |
| Doe 359 |
| Doe 371 |

                                                  Respectfully submitted,
                                                  CELESTIAL, INC.

DATED:  May 23, 2013

                                   By:       /s/ Jeffrey Weaver
                                                Jeffrey W. Weaver
                                                Florida Bar No. 178780
                                                DUNLAPWEAVER, PLLC
                                                780 5th Avenue South, Ste 200
                                                Naples, FL 34102
                                                Telephone: 239-349-2566
                                                Facsimile: 703-777-3656
                                                jweaver@dunlapweaver.com
                                                *Counsel for the Plaintiff*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 23rd day of May, 2013, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF and on all of those parities receiving electronic notification via the Court's CM/ECF electronic filing.

                                                 /s/ Jeffrey Weaver