UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
Panama City Division

| | |
|---|---|
| **CELESTIAL, INC.** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No:  Case No:  5:12-cv-375-RS-CJK |
| ) | |
| DOES 173 – 377 ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF VOLUNTARY DISMISSAL OF DOE 277

Plaintiff hereby gives notice that it voluntarily dismisses the case, without prejudice, against the below identified Doe Defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  Prior to this filing, Doe 277 was the lone remaining Defendant.  As of this filing all remaining Does have been dismissed.  No answer or motion for summary judgment has been filed in this case.

                            Respectfully submitted,
                            CELESTIAL, INC.

DATED:  May 23, 2013

                    By:       /s/ Jeffrey Weaver
                           Jeffrey W. Weaver
                           Florida Bar No. 178780
                           DUNLAPWEAVER, PLLC
                           780 5th Avenue South, Ste 200
                           Naples, FL 34102
                           Telephone: 239-349-2566
                           Facsimile: 703-777-3656
                           jweaver@dunlapweaver.com
                           *Counsel for the Plaintiff*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of May, 2013, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF and on all of those parities receiving electronic notification via the Court's CM/ECF electronic filing.

                                                                     /s/ Jeffrey Weaver